# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | |
|---|---|
| Intellect Wireless, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09 C 2945 |
| HTC Corporation, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other:

Court enters Findings of Fact and Conclusions of Law. Judgment is entered in favor of counterplaintiffs HTC Corporation and HTC America, Inc. and against counterdefendant Intellect Wireless, Inc. declaring that U.S. Patent Nos. 7,266,186 and 7,310,416 are unenforceable due to inequitable conduct; and judgment is entered in favor of defendants HTC Corporation and HTC America, Inc. and against plaintiff Intellect Wireless, Inc. dismissing plaintiff's cause of action with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge William T. Hart without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: Sept. 6, 2012

Thomas G. Bruton, Clerk of Court

/s / Carol Wing, Deputy Clerk