IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, HTC AMERICA, INC. <br><br> Defendants. | Case No. 09 C 2945 <br><br> Honorable William T. Hart <br> Magistrate Judge Geraldine Soat Brown |

## NOTICE OF APPEAL

Notice is hereby given that Intellect Wireless, Inc., Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Order of September 6, 2012 (Dkt. No. 216); the Court's Findings of Fact, Conclusions of Law and Order of September 6, 2012 (Dkt. No. 217); the final judgment entered by the Court on September 6, 2012 (Dkt. No. 218); and all orders supporting or incidental to the final judgment and all orders, findings, and rulings adverse to Plaintiff.

Respectfully submitted,

/s/ Raymond P. Niro
Raymond P. Niro (rniro@nshn.com)
Paul K. Vickrey (vickrey@nshn.com)
Paul C. Gibbons (gibbons@nshn.com)
David J. Mahalek (mahalek@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

*Attorneys for Intellect Wireless, Inc*.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2012 the foregoing

**NOTICE OF APPEAL**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Stephen S. Korniczky (skorniczky@sheppardmullin.com) Martin R. Bader (mbader@sheppardmullin.com) Graham M. Buccigross (gbuccigross@sheppardmullin.com) Matthew M. Mueller Sheppard, Mullin, Richter and Hampton LLP 12275 El Camino Real Suite 200 San Diego, CA  92130 Telephone:  858-720-8900 Facsimile:    858 509-3691 | George L. Kanabe Sheppard Mullin Richter & Hampton LLP 379 Lytton Avenue Palo Alto, CA  94301 Telephone:  650-815-2600 |
| Paul J. Korniczky (pkorniczky@leydig.com) Leydig, Voit & Mayer, Ltd. 180 N. Stetson Avenue Suite 4900 Two Prudential Plaza Chicago, IL  60601-6731 Telephone:  312-616-5600 Facsimile  :  312-616-5700 (fax) | Nagendra Setty Sheppard Mullin Richter & Hampton LLP Four Embarcadero Center San Francisco, CA  94111 Telephone: 415-434-9100 |

*Attorneys for HTC Corporation and HTC America, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.


                                        /s/ Raymond P. Niro
                                        Attorneys for Intellect Wireless, Inc.
                                        NIRO, HALLER & NIRO