# **EXHIBIT II**

**Mahalek, David J**

**From:** Wartman, Donna L
**Sent:** Friday, January 03, 2014 11:22 AM
**To:** Niro, Raymond P; Vickrey, Paul K; Mahalek, David J
**Subject:** FW: HTC and Intellect Wireless

---

**From:** Alex_Chen@htc.com [mailto:Alex_Chen@htc.com]
**Sent:** Wednesday, November 24, 2010 3:54 PM
**To:** Niro, Raymond P
**Cc:** Wiggins, Sally J
**Subject:** RE: HTC and Intellect Wireless

Thanks, Ray. We'll get back to you on the 3 proposals below.

Best regards,
Alex C.

This email may contain CONFIDENTIAL INFORMATION

---

**From:** Niro, Raymond P [mailto:rniro@nshn.com]
**Sent:** Wednesday, November 24, 2010 1:38 PM
**To:** Alex Chen
**Cc:** Wiggins, Sally J
**Subject:** HTC and Intellect Wireless

Alex:

[REDACTED]

My hope remains that we can also resolve the Intellect Wireless matter under similar terms but, as I mentioned, in that case, HTC will be required to pay the withholding tax itself, so that the net payment to Intellect Wireless, after withholding, is $1.25 million.

[REDACTED]

Raymond P. Niro
(Transmitted by Donna L. Wartman)

---

**From:** Alex_Chen@htc.com [mailto:Alex_Chen@htc.com]
**Sent:** Wednesday, November 24, 2010 12:59 PM
**To:** Raymond P. Niro (AOL rpniro@aol.com); Niro, Raymond P
**Subject:** RE: HTC and Intellect Wireless

Hi Ray,

1



**From:** Alex_Chen@htc.com [mailto:Alex_Chen@htc.com]
**Sent:** Monday, December 06, 2010 2:01 PM
**To:** Niro, Raymond P
**Subject:** RE: HTC/Intellect Wireless -- Fed.R.Evid. 408

Got it. Thanks.

Best regards,
Alex C.

This email may contain CONFIDENTIAL INFORMATION, ATTORNEY-CLIENT PRIVILEGED COMMUNICATION, and/or ATTORNEY WORK PRODUCT.

**From:** Niro, Raymond P [mailto:rniro@nshn.com]
**Sent:** Thursday, December 02, 2010 12:57 PM
**To:** Alex Chen
**Subject:** HTC/Intellect Wireless -- Fed.R.Evid. 408

Alex:

There has been considerable resistance from our client to a settlement on terms like we discussed informally. Thus, we have to withdraw the offers I made. There are, of course, on-going settlement discussions HTC requested that are taking place before the Magistrate-Judge and our client will obviously participate in those.

Raymond P. Niro
(Transmitted by Donna L. Wartman)

CONFIDENTIALITY NOTE : The information in this e-mail is confidential and privileged; it is intended for use solely by the individual or entity named as the recipient hereof. Disclosure, copying, distribution, or use of the contents of this e-mail by persons other than the intended recipient is strictly prohibited and may violate applicable laws. If you have received this e-mail in error, please delete the original message and notify us by return email or collect call immediately. Thank you. HTC Corporation