# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Intellect Wireless, Inc.

                      Plaintiff,

v.                                            Case No.: 1:09–cv–02945
                                             Honorable William T. Hart

HTC Corporation, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2014:

      MINUTE entry before the Honorable William T. Hart: Plaintiff's motion for leave to file under seal [288] noticed for 5/1/2014 is reset to 5/8/2014 at 02:00 PM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.