# EXHIBIT E

# Niro, Scavone, Haller & Niro, Ltd.

181 west madison street - suite 4600

chicago, illinois 60602-4515     (312) 236-0733

Federal Tax ID No. 36-2863773

July 30, 2007

SmartCall Licensing LLC  
Dan Henderson, President  
101 West Grand Avenue  
Suite 200/269  
Chicago, Illinois 60610

Invoice No:   68576     RPN  
Client No:    SMCALL   00001  
Billed Through:   07/31/07

*REMITTANCE COPY*

RE: CONTINGENT FEES

    TOTAL FEES

    LESS ESCROW APPLIED

    NET CURRENT CHARGES FOR THIS BILL

    NET BALANCE FORWARD ON THIS BILL

    **TOTAL BALANCE NOW DUE**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

IW085463

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/01/07 | BJF | Coordinating production of documents and deposition schedule for third party subpoenas (12/5/06). | 3.00 hrs | 360 /hr | 1,080.00 |
| 01/01/07 | BJF | Preparing subpoenas; corresponding with third parties re outstanding subpoenas (12/12/06). | 3.50 hrs | 360 /hr | 1,260.00 |
| 01/01/07 | BJF | Reviewing subpoenas and corresponding with opposing counsel (12/20/06). | 6.00 hrs | 360 /hr | 2,160.00 |
| 01/01/07 | NGH | Preparing Smartcall documents for production to Verizon (12/5/06). | 4.00 hrs | (0 /hr | 0.00 |
| 01/01/07 | NGH | Preparing Smartcall documents for production to Verizon (12/6/06). | 6.00 hrs | (0 /hr | 0.00 |
| 01/01/07 | NGH | Preparing Smartcall documents for production to Verizon (12/15/06). | 4.00 hrs | (0 /hr | 0.00 |
| 01/01/07 | NGH | Preparing Smartcall documents for production to Verizon (12/19/06). | 5.00 hrs | (0 /hr | 0.00 |
| 01/01/07 | NGH | Preparing Smartcall documents for production to Verizon (12/14/06). | 5.00 hrs | (0 /hr | 0.00 |
| 01/01/07 | NGH | Preparing Smartcall documents for production to Verizon (12/11/06). | 3.00 hrs | (0 /hr | 0.00 |
| 01/03/07 | NGH | Preparing Smartcall documents for production; preparing Verizon documents for summation. | 4.00 hrs | (0 /hr | 0.00 |
| 01/04/07 | KB | Paralegal services preparing files. | 0.50 hrs | (0 /hr | 0.00 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

IW085464

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/07 | PKV | Reviewing new patent. | 0.40 hrs | 702 /hr | 280.73 |
| 01/08/07 | PKV | Meeting with co-counsel regarding status, conferring with D. Henderson regarding status, strategy and new patents. | 0.80 hrs | 702 /hr | 561.39 |
| 01/09/07 | BJF | Reviewing documents produced by Verizon. | 4.50 hrs | 360 /hr | 1,620.00 |
| 01/09/07 | PKV | Reviewing materials from D. Henderson. | 0.50 hrs | 702 /hr | 350.90 |
| 01/10/07 | BJF | Coordinating third party subpoena document production. | 5.50 hrs | 360 /hr | 1,980.00 |
| 01/10/07 | PKV | Conferring with co-counsel regarding scheduling issues and expert witness; speaking with J. Kesan regarding same. | 0.50 hrs | 702 /hr | 350.89 |
| 01/11/07 | BJF | Searching for expert witness; testing phones for infringement investigation. | 3.00 hrs | 360 /hr | 1,080.00 |
| 01/11/07 | PKV | Reviewing materials from D. Henderson; conferring with D. Henderson regarding pending claims; conferring with technical expert consultant regarding same. | 1.20 hrs | 702 /hr | 842.12 |
| 01/12/07 | EM | Reviewing document status with co-counsel and following up on action items (confirming production of Hill and Henderson documents and confirming privilege log status). | 2.20 hrs | (0 /hr | 0.00 |
| 01/12/07 | ND | Meeting with co-counsel to discuss case; studying patent at issue. | 1.20 hrs | (0 /hr | 0.00 |
| 01/15/07 | BJF | Reviewing documents produced by Verizon. | 4.50 hrs | 360 /hr | 1,620.00 |
| 01/15/07 | ND | Meeting with co-counsel to discuss case; performing document review (1/15/07 - 1/18/07). | 15.10 hrs | (0 /hr | 0.00 |
| 01/15/07 | NGH | Preparing Smartcall documents for production; preparing Verizon documents for summation. | 4.00 hrs | (0 /hr | 0.00 |
| 01/16/07 | KB | Paralegal services preparing production; checking which file histories need to be produced. | 1.50 hrs | (0 /hr | 0.00 |
| 01/17/07 | KB | Paralegal services sending replacement production; routing. | 0.75 hrs | (0 /hr | 0.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/17/07 | NGH | Preparing Smartcall documents for production; preparing Verizon documents for summation. | 5.00 hrs | (0 /hr | 0.00 |
| 01/18/07 | KB | Paralegal services updating index. | 0.50 hrs | (0 /hr | 0.00 |
| 01/22/07 | BJF | Reviewing documents produced by SmartCall; conferring with co-counsel. | 2.00 hrs | 360 /hr | 720.00 |
| 01/22/07 | ND | Reviewing produced documents (1/22-24). | 10.80 hrs | (0 /hr | 0.00 |
| 01/22/07 | NGH | Preparing Smartcall documents for production; preparing Verizon documents for summation. | 4.00 hrs | (0 /hr | 0.00 |
| 01/22/07 | PKV | Conferring with co-counsel regarding discovery issues; conferring with co-counsel regarding infringement issues. | 0.70 hrs | 702 /hr | 491.22 |
| 01/23/07 | BJF | Reviewing documents produced by Verizon and by third parties. | 2.00 hrs | 360 /hr | 720.00 |
| 01/23/07 | PKV | Conferring with D. Henderson and co-counsel regarding infringement issues. | 0.60 hrs | 702 /hr | 421.05 |
| 01/24/07 | NGH | Preparing Smartcall documents for production; preparing Verizon documents for summation. | 4.00 hrs | (0 /hr | 0.00 |
| 01/24/07 | PKV | Meeting with co-counsel; reviewing indemnity letter; conferring with D. Henderson regarding strategy. | 1.50 hrs | 702 /hr | 1,052.62 |
| 01/25/07 | KB | Paralegal services getting files to check from attorney. | 0.25 hrs | (0 /hr | 0.00 |
| 01/25/07 | PKV | Reviewing new claims; conferring with team regarding same and strategy; reviewing package from D. Henderson regarding cited references; conferring with D. Henderson regarding same. | 2.00 hrs | 702 /hr | 1,403.52 |
| 01/26/07 | PKV | Conferring with D. Henderson regarding strategy and settlement issues; conferring with team regarding same; drafting letter to Harris; drafting issues for 30(b)(6) notice. | 2.00 hrs | 702 /hr | 1,403.52 |
| 01/30/07 | BJF | Reviewing documents produced by Motorola and Verizon. | 3.00 hrs | 360 /hr | 1,080.00 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                    IW085466

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/31/07 | PKV | Conferring with co-counsel; reviewing email from Verizon counsel. | 0.70 hrs | 702 /hr | 491.22 |
| 01/31/07 | SZR | Paralegal services organizing pleadings for routing and docketing. | 1.00 hrs | (0 /hr | 0.00 |
| 02/01/07 | DJH | Paralegal services printing documents produced by defendants (1/24). | 5.00 hrs | (0 /hr | 0.00 |
| 02/01/07 | DJH | Paralegal services preparing case files; updating index (1/22). | 4.50 hrs | (0 /hr | 0.00 |
| 02/01/07 | JPK | Locating a technical expert (1/11). | 2.00 hrs | (0 /hr | 0.00 |
| 02/01/07 | NGH | Preparing Smartcall Documents for production; Preparing Verizon Documents for Summation | 3.00 hrs | (0 /hr | 0.00 |
| 02/01/07 | PKV | Reviewing prior correspondence regarding discovery issues; conferring with co-counsel regarding same; reviewing discovery orders; drafting letter to H. Finn reviewing privilege log; conferring with co-counsel regarding same. | 2.00 hrs | 702 /hr | 1,403.52 |
| 02/05/07 | KB | Paralegal services filing. | 0.25 hrs | (0 /hr | 0.00 |
| 02/05/07 | PKV | Reviewing Finn letter; drafting letter to Finn and email to D. Henderson regarding privilege log. | 0.80 hrs | 702 /hr | 561.39 |
| 02/06/07 | NGH | Preparing Smartcall Documents for production; Preparing Verizon Documents for Summation | 4.00 hrs | (0 /hr | 0.00 |
| 02/07/07 | EM | Reviewing production and privilege logs. | 2.20 hrs | (0 /hr | 0.00 |
| 02/07/07 | PKV | Reviewing email from H. Finn; drafting letter to Finn; reviewing correspondence regarding discovery issues; meeting with team regarding same. | 1.30 hrs | 702 /hr | 912.29 |
| 02/08/07 | PKV | Conferring with co-counsel regarding discovery issues; reviewing email; conferring with technical expert regarding prosecution issues. | 0.80 hrs | 702 /hr | 561.39 |
| 02/09/07 | NGH | Preparing Smartcall Documents for production; Preparing Verizon Documents for Summation | 4.00 hrs | (0 /hr | 0.00 |
| 02/10/07 | KB | Paralegal services updating case index. | 0.25 hrs | (0 /hr | 0.00 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                                                               IW085467

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/12/07 | BJF | Reviewing correspondence; phone call with opposing counsel re discovery issues; reviewing documents produced by SmartCall. | 4.00 hrs | 360 /hr | 1,440.00 |
| 02/12/07 | EM | Participating in meet and confer regarding privilege logs. | 1.10 hrs | (0 /hr | 0.00 |
| 02/12/07 | PKV | Drafting email regarding discovery issues; conferring with co-counsel regarding same. | 1.00 hrs | 702 /hr | 701.73 |
| 02/13/07 | PKV | Speaking with Eric Albritton. | 0.40 hrs | 702 /hr | 280.73 |
| 02/14/07 | KB | Paralegal services gathering third party documents to produce; compiling documents to be produced from Bromberg & Sunstein privileged log. | 2.50 hrs | (0 /hr | 0.00 |
| 02/14/07 | PKV | Speaking with D. Henderson regarding Samsung; speaking with co-counsel regarding motion for protective order; reviewing Verizon demand letters. | 1.00 hrs | 702 /hr | 701.73 |
| 02/15/07 | KB | Paralegal services filing and gathering third party documents produced. | 0.75 hrs | (0 /hr | 0.00 |
| 02/15/07 | PKV | Working on response in opposition to motion for protective order. | 7.00 hrs | 702 /hr | 4,912.25 |
| 02/16/07 | KB | Paralegal services gathering all responses to subpoenas and compiling third party production on cd to send out. | 2.00 hrs | (0 /hr | 0.00 |
| 02/16/07 | PKV | Working on motion and brief; conferring with co-counsel regarding same. | 2.50 hrs | 702 /hr | 1,754.36 |
| 02/20/07 | BJF | Researching infringement issues; corresponding with opposing counsel. | 4.50 hrs | 360 /hr | 1,620.00 |
| 02/20/07 | PKV | Reviewing motion for extension or pretrial schedule; conferring with co-counsel regarding same and other issues. | 0.50 hrs | 702 /hr | 350.89 |
| 02/21/07 | BJF | Drafting opposition to motion for protective order. | 3.00 hrs | 360 /hr | 1,080.00 |
| 02/21/07 | PKV | Conferring with co-counsel regarding motion; communicating with Verizon counsel regarding same. | 0.40 hrs | 702 /hr | 280.73 |
| 02/22/07 | PKV | Attending hearing; preparing for same; drafting email to Harris; conferring with co-counsel; conferring with | 2.20 hrs | 702 /hr | 1,543.85 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/23/07 | BJF | Attending hearing at Court; meeting with co-counsel; drafting correspondence re inspection. | 4.50 hrs | 360 /hr | 1,620.00 |
| 02/23/07 | PKV | Reviewing test protocol; speaking with co-counsel regarding same; conferring with D. Henderson. | 0.40 hrs | 702 /hr | 280.73 |
| 02/26/07 | KB | Paralegal services checking on file histories; updating index for documents send to opposing counsel. | 0.50 hrs | (0 /hr | 0.00 |
| 02/26/07 | PKV | Conferring with D. Henderson and team regarding status and strategy. | 0.80 hrs | 702 /hr | 561.39 |
| 02/27/07 | KB | Paralegal services getting update on file histories to produce. | 0.50 hrs | (0 /hr | 0.00 |
| 02/28/07 | BJF | Phone calls with court; drafting correspondence to opposing counsel re inspection. | 1.00 hrs | 360 /hr | 360.00 |
| 02/28/07 | KB | Paralegal services locating file history for production; e-mailing opposing counsel regarding illegible numbering on production. | 1.50 hrs | (0 /hr | 0.00 |
| 03/06/07 | BJF | Coordinating inspection details; drafting email to opposing counsel; researching infringing phones; meeting with co-counsel. | 4.30 hrs | 360 /hr | 1,548.00 |
| 03/06/07 | KB | Paralegal services checking on status of file histories and getting third party documents for summation; filing. | 2.50 hrs | (0 /hr | 0.00 |
| 03/07/07 | KB | Paralegal services scanning file histories; routing and filing. | 1.00 hrs | (0 /hr | 0.00 |
| 03/09/07 | BJF | Coordinating inspection in New Jersey with opposing counsel; researching infringing phones; reviewing documents produced by Verizon. | 4.30 hrs | 360 /hr | 1,548.00 |
| 03/12/07 | PKV | Conferring with co-counsel regarding expert issues; conferring with S. Wasilew; conferring with H. Finn regarding hearing; speaking with Judge Cole's clerk. | 1.30 hrs | 702 /hr | 912.29 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                                          IW085469

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/14/07 | KB | Paralegal services filing. | 0.50 hrs | (0 /hr | 0.00 |
| 03/14/07 | PKV | Conferring with S. Wasilaw. | 0.40 hrs | 702 /hr | 280.73 |
| 03/18/07 | BJF | Preparing for inspection at Verizon; coordinating with David Mahalek, Steve Wasilew and Daniel Hey. | 4.00 hrs | 360 /hr | 1,440.00 |
| 03/19/07 | BJF | Coordinating inspection; conferring with Steve Wasilew, David Mahalek and Daniel Hey. | 3.00 hrs | 360 /hr | 1,080.00 |
| 03/19/07 | DJH | Paralegal services documenting phones during document inspection. | 8.00 hrs | (0 /hr | 0.00 |
| 03/19/07 | DM | Preparing for inspection and traveling to New Jersey. | 8.00 hrs | (0 /hr | 0.00 |
| 03/19/07 | KB | Paralegal services scanning production; checking on missing file histories and ordering same on line. | 1.50 hrs | (0 /hr | 0.00 |
| 03/20/07 | DJH | Paralegal services documenting phones during inspection. | 8.00 hrs | (0 /hr | 0.00 |
| 03/20/07 | DM | Inspecting cell phones at Verizon and traveling back to Chicago. | 12.00 hrs | (0 /hr | 0.00 |
| 03/20/07 | KB | Paralegal services producing documents to opposing counsel; filing; working on file history order. | 3.50 hrs | (0 /hr | 0.00 |
| 03/21/07 | KB | Paralegal services filing. | 0.50 hrs | (0 /hr | 0.00 |
| 03/22/07 | BJF | Reviewing notes and photos from inspection; drafting claim charts and preparing exhibits. | 3.50 hrs | 360 /hr | 1,260.00 |
| 03/27/07 | DJH | Paralegal services organizing digital photos from inspection. | 4.00 hrs | (0 /hr | 0.00 |
| 03/28/07 | KB | Paralegal services scanning file histories for production. | 1.50 hrs | (0 /hr | 0.00 |
| 03/29/07 | BJF | Drafting third claim chart and second set of interrogatories. | 8.00 hrs | 360 /hr | 2,880.00 |
| 03/29/07 | KB | Paralegal services drafting letter and preparing package to send with production of file histories. | 0.50 hrs | (0 /hr | 0.00 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/07 | AO | Paralegal services organizing pleadings, preparing docketing information and maintaining pleading books. | 7.00 hrs | (0 /hr | 0.00 |
| 03/30/07 | PKV | Reviewing interrogatories. | 0.20 hrs | 702 /hr | 140.34 |
| 04/09/07 | KB | Paralegal services filing. | 1.00 hrs | (0 /hr | 0.00 |
| 04/10/07 | KB | Paralegal services preparing new files. | 1.75 hrs | (0 /hr | 0.00 |
| 04/17/07 | PKV | Conferring with co-counsel and technical expert. | 1.00 hrs | 702 /hr | 701.73 |
| 04/18/07 | PKV | Reviewing Verizon's three sets of requests for admissions. | 0.70 hrs | 702 /hr | 491.22 |
| 04/19/07 | PKV | Conferring with D. Henderson. | 0.40 hrs | 702 /hr | 280.73 |
| 04/24/07 | PKV | Working on responses to requests for admissions. | 1.40 hrs | 702 /hr | 982.45 |
| 04/25/07 | PKV | Meeting with co-counsel regarding requests for admissions and prior art; speaking with client. | 1.50 hrs | 702 /hr | 1,052.62 |
| 04/26/07 | PKV | Reviewing memorandum; conferring with co-counsel regarding requests for admissions. | 1.20 hrs | 702 /hr | 842.12 |
| 04/27/07 | PKV | Meeting with co-counsel regarding prior art analysis; working on prior art status. | 2.20 hrs | 702 /hr | 1,543.85 |
| 04/30/07 | PKV | Reviewing/revising damage analysis; meeting with co-counsel regarding same; working on prior art response; meeting with co-counsel regarding same. | 2.00 hrs | 702 /hr | 1,403.52 |
| 05/02/07 | PKV | Conferring with R. Harris regarding settlement issues. | 0.50 hrs | 702 /hr | 350.90 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY　　　　　　　　　　　　　　　　IW085471

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/07 | PKV | Conferring with D.H. and Verizon counsel regarding settlement. | 1.00 hrs | 702 /hr | 701.73 |
| 05/07/07 | KB | Paralegal services copying documents to be produced. | 1.50 hrs | (0 /hr | 0.00 |
| 05/07/07 | PKV | Speaking with Verizon counsel regarding settlement issues; conferring with D. Henderson. | 0.70 hrs | 702 /hr | 491.22 |
| 05/08/07 | KB | Paralegal services getting documents scanned for production. | 0.50 hrs | (0 /hr | 0.00 |
| 05/08/07 | PKV | Speaking with Verizon counsel and BJF regarding settlement and discovery issues. | 0.40 hrs | 702 /hr | 280.73 |
| 05/09/07 | KB | Paralegal services sending document production; routing and filing. | 1.00 hrs | (0 /hr | 0.00 |
| 05/09/07 | PKV | Drafting Rule 30(b)(6) notice and objections to Verizon's notice; conferring with D.H> | 2.20 hrs | 702 /hr | 1,543.85 |
| 05/10/07 | KB | Paralegal services preparing files. | 0.75 hrs | (0 /hr | 0.00 |
| 05/10/07 | PKV | Reviewing/revising Rule 30(b)(6) Notice; conferring with BJF regarding same; conferring with DH. | 1.20 hrs | 702 /hr | 842.12 |
| 05/11/07 | PKV | Conferring with D.H. | 0.30 hrs | 702 /hr | 210.50 |
| 05/14/07 | PKV | Speaking with Verizon counsel regarding settlement issues; speaking with D.H. | 0.80 hrs | 702 /hr | 561.39 |
| 05/15/07 | KB | Paralegal services filing. | 0.50 hrs | (0 /hr | 0.00 |
| 05/16/07 | PKV | Working on settlement issues; conferring with D.H. and Rick Harris regarding same; reviewing draft responses to RFA's. | 2.50 hrs | 702 /hr | 1,754.36 |
| 05/18/07 | PKV | Conferring with S. Wasilew regarding answers to RFA's. | 0.30 hrs | 702 /hr | 210.50 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                                              IW085472

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/22/07 | PKV | Speaking with D.H. and Verizon counsel. | 0.40 hrs | 702 /hr | 280.73 |
| 05/29/07 | PKV | Reviewing settlement papers; conferring with DH regarding same; drafting letter to H. Silverman regarding same; conferring with Silverman regarding settlement; meeting with BJF. | 4.80 hrs | 702 /hr | 3,368.39 |
| 05/30/07 | KB | Paralegal services preparing files of file history. | 0.50 hrs | (0 /hr | 0.00 |
| 05/30/07 | PKV | Conferring with BJF regarding hearing. | 0.40 hrs | 702 /hr | 280.73 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

IW085473